UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN P. MOORE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1177 CDP |
| | ) | |
| AL LUEBBERS, | ) | |
| | ) | |
| Respondent. | ) | |

# **MEMORANDUM AND ORDER**

This matter is before me on the petition of Shawn Moore for a writ of habeas corpus under 28 U.S.C. § 2254. I referred this matter to United States Magistrate Judge Thomas C. Mummert for a report and recommendation on all dispositive and non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1). On July 18, 2008, Judge Mummert filed his recommendation that the petition of Mr. Moore for a writ of habeas corpus be denied. The Petitioner has not filed any objections, and his time for doing so has expired.

After careful consideration, I will adopt and sustain the thorough reasoning of Magistrate Judge Mummert set forth in support of his Report and Recommendation of July 18, 2008.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge [# 17] be adopted in its entirety, and the petition of Shawn Moore for a writ of habeas corpus [#2] be **DISMISSED** without further proceedings.

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued, as none of the grounds raised present issues on which reasonable jurists could differ.

A separate judgment will be entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of August, 2008.