UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHAWN P. MOORE, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:05CV1177 CDP |
| AL LUEBBERS, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum and Order issued today,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the petition of Shawn Moore for writ of habeas corpus is dismissed.

**IT IS FURTHER ORDERED** that no certificate of appealability will issue.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of August, 2008.